*Wednesday, February 22, 1995*

## MOTION DOCKET

**86-1846.** State v. Hamblin. *Cuyahoga County*, No. 49975. On motion to withdraw previously filed motion for stay of execution. Motion granted.

**95-227.** State v. Chubb. *Franklin County*, No. 93AP-172. This case is pending before the court as an appeal from the Court of Appeals for Franklin County.

It is ordered by the court, *sua sponte*, effective February 17, 1995, that the parties file merit briefs in compliance with S.Ct.Prac.R. VI; that, whereas appellant's merit brief was filed on February 1, 1995, appellee's brief shall be filed on or before March 20, 1995; and that appellant's reply brief, if any, shall be filed within twenty days of the date appellee's brief is filed.

**95-349.** State v. Bell. *Cuyahoga County*, No. 58429. This case is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

It is ordered by the court, *sua sponte*, effective February 17, 1995, that the parties file merit briefs in compliance with S.Ct.Prac.R. VI; that, whereas appellant's merit brief was filed on February 13, 1995, appellee's brief shall be filed on or before March 20, 1995; and that appellant's reply brief, if any, shall be filed within twenty days of the date appellee's brief is filed.

**95-357.** State v. Peeples. *Cuyahoga County*, No. 54708. This case is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

It is ordered by the court, *sua sponte*, effective February 17, 1995, that the parties file merit briefs in compliance with S.Ct.Prac.R. VI; . that appellant's merit brief shall be filed on or before March 20, 1995; that appellee's brief shall be filed within thirty days of the date appellant's brief is filed; and that appellant's reply brief, if any, shall be filed within twenty days of the date appellee's brief is filed.

## MISCELLANEOUS DISMISSALS

**94-988.** Ameritech Ohio v. Pub. Util. Comm. Public Utilities Commission, No. 93–1370–TP–ACE. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 17, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94-1246.** Ameritech Ohio v. Pub. Util. Comm. Public Utilities Commission, No. 93–2069–TP–ACE. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 17, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94-1247.** Ameritech Ohio v. Pub. Util. Comm. Public Utilities Commission, No. 93–2080–CT–ACE. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective February 17, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.